IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| OUSSEYNOU CAMARA, | * | |
| Petitioner, | * | |
| v. | * | CASE NO. 4:07-CV-26 CDL |
| ALBERTO GONZALES, *et al.*, | * | 28 U.S.C. § 2241<br>Habeas Corpus Petition |
| Respondents. | * | |

## RECOMMENDATION

Petitioner Camara filed the current action pursuant to 28 U.S.C. § 2241 on February 21, 2007. (R-1). On March 22, 2007, Petitioner provided the court with his last known address of record, the Atlanta Detention Center, 254 Peachtree Street SW, Atlanta, Georgia 30303. (R-8). On June 4, 2007, the court issued an Order for Response/Notification of Motion to Dismiss (R-13), but the mail was returned as undeliverable on June 15, 2007 (R-14). Petitioner has had no contact with the court or the clerk's office since he last filed his change of address in March, 2007.

Pursuant to Rule 41(b) of the FEDERAL RULES OF CIVIL PROCEDURE, an action may be dismissed for failure to prosecute, which would include the failure to keep the court apprised of a party's current whereabouts. Petitioner has failed to keep the Clerk's Office informed of his current address, after having been released. Further attempt to contact him will be to no avail.

**IT IS RECOMMENDED,** therefore, that this case be DISMISSED for the Petitioner's failure to prosecute the action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**SO RECOMMENDED** this 18th day of September, 2007.

S/ G. MALLON FAIRCLOTH
UNITED STATES MAGISTRATE JUDGE