IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| OUSSEYNOU CAMARA, | * |
| Petitioner | * |
| vs. | * |
| | CASE NO. 4:07-CV-26 (CDL) |
| ALBERTO GONZALES, et al. | * |
| Respondents | * |

ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on September 18, 2007, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 7th day of November, 2007.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE